REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
Telephone # (650) 320-1747
Fax # (650) 577-2343
rlnocos@nocoslaw.com

Attorneys for Plaintiff
ANNABELLA BRITTAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNABELLA BRITTAIN,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, FSB a business entity, form unknown; AMERICAN RESIDENTIAL, a business entity, form unknown; QUALITY LOAN SERVICE CORP., a business entity form unknown; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:09-CV-02953-SC<br><br>STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT |

Plaintiff, ANNABELLA BRITTAIN and Defendant, ONE WEST BANK, FSB fka INDYMAC BANK, FSB ("Defendant") stipulate and agree, by and through their respective counsel that:

1. A Motion to Dismiss was filed by Defendant set for a hearing on September 11, 2009;

2. The Court issued an Order on September 8, 2009 asking Defendant to file a Request for Judicial Notice, deemed the matter submitted at that time and, the September 11, 2009 hearing vacated, with no appearances and oral arguments;

3. On September 16, 2009, the Court issued its Order granting Defendants' Motion to Dismiss and allowing Plaintiff to amend certain causes of action within 30 days of the Order.

4. The First Amended Complaint was due to be filed by October 16, 2009.

5. Plaintiff's counsel has been sick and continues to be sick with the flu and will not be able to prepare a First Amended Complaint in time.

6. Accordingly, Plaintiff and Defendant, stipulate and agree that Plaintiff will have until Monday, October, 19, 2009 to file an amended Complaint.

IT IS SO STIPULATED.

Dated: October 15, 2009           /s/ Reuben L. Nocos
                                  Reuben L. Nocos, Esq.
                                  Attorney for Plaintiff
                                  ANNABELLA BRITTAIN

Dated: October 15, 2009           /s/ Matthew Podmenik
                                  Matthew Podmenik, Esq.
                                  Attorney for Defendant
                                  ONE WEST BANK, FSB

## [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation it is hereby ordered that Plaintiff's First Amended Complaint will be filed by Monday, October 19, 2009.

10/20/09